UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVARISTO ROSARIO

    v.                                                                                                                  CA 15-060 ML

MARY S. McELROY, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan (Docket #3). No objection has been filed and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation.

The Complaint is DISMISSED pursuant to 28 U.S. C. § 1915(e)(2)(B). The Motion for Leave to Proceed In Forma Pauperis is DENIED as moot.

The Court also orders that Plaintiff is, unless represented by counsel, prohibited from filing any additional complaints or other papers in the Court, except for filings in currently pending cases to effect an appeal from this Court, without first obtaining the prior written approval of a District Judge or Magistrate Judge of this Court. If Plaintiff wishes to file any additional complaints or other papers in this Court, he shall file a written petition seeking leave of the Court to do so. The petition must be accompanied by copies of the documents sought to be filed and a certification under oath that there is a good faith basis for filing them in Federal Court and a non-frivolous basis for granting relief authorized under the law. Failure to so certify, or a false certification, may result in Plaintiff being found in contempt of court and the imposition of sanctions. The Clerk of Court shall accept the documents, mark them received, and forward

them to a District Judge or Magistrate Judge of this Court for action on the petition for leave to file.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 17, 2015